SILLS CUMMIS EPSTEIN & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey  07102-5400
(973) 643-7000
Attorneys for Defendants/Third-Party Plaintiffs
Morgan Stanley and Ventura Holdings, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RESORTS INTERNATIONAL HOTEL, INC., | |
| Plaintiff, | Civil Action No. |
| v. | 07-cv-105 (RBK) |
| MORGAN STANLEY and VENTURA HOLDINGS (A/K/A MORGAN STANLEY GAMING COMPANIES HOLDINGS, INC.), | **RULE 7.1 STATEMENT OF DEFENDANTS/THIRD-PARTY PLAINTIFFS MORGAN STANLEY and VENTURA HOLDINGS, INC.** |
| Defendants/Third-Party Plaintiffs, | |
| v. | |
| AUDREY S. OSWELL, | |
| Third-Party Defendant. | |

Pursuant to *Fed. R. Civ. P.* 7.1, Morgan Stanley and Ventura Holdings, Inc., state that (i) Morgan Stanley does not have a parent corporation and no publicly held corporation owns 10% or more of its stock (based on SEC rules regarding beneficial ownership), and (ii) Morgan Stanley is the parent corporation of Ventura Holdings, Inc., and owns all of its stock.

                                                SILLS CUMMIS EPSTEIN & GROSS P.C.

Dated:  February 27, 2007          By:  /s/ A. Ross Pearlson
                                                        A. Ross Pearlson

                                                Attorneys for Defendants/Third-Party Plaintiffs
                                                Morgan Stanley and Ventura Holdings, Inc.